[No. 50627-7-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN RUBIO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00872-5, Michael F. Moynihan, J., entered June 13, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50732-0-I.   Division One.   February 9, 2004.]

PETER ROGOJIN, ET AL., *Appellants*, v. EDLA JOHNSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-24341-2, Mary Yu, J., entered July 2, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 51327-3-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. THOMPSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00240-3, Susan K. Cook, J., entered October 16, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 51331-1-I.   Division One.   February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-03134-1, Mariane Spearman, J. Pro Tem., entered October 30, 2004. *Remanded* by unpublished per curiam opinion.